Tony Lee BELTON, Plaintiff–
Appellant,.

v.

Dr. Joel SEXTON; Dr. Janice Ross;
Margaret Hinds, Esquire; Thomas
Scott, III, Esquire, are all being sued
in their individual and official capaci-
ty, Defendants–Appellees.

No. 13–6704.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

Tony Lee Belton, Appellant Pro Se.

Before MOTZ, DIAZ, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tony Lee Belton appeals the district
court's order accepting the magistrate
judge's recommendation to dismiss his 42
U.S.C. § 1983 (2006) action against Defen-
dants after a 28 U.S.C. § 1915 (2006) re-
view, and has filed a motion for appoint-
ment of counsel. We have reviewed the
record and find no reversible error. Ac-
cordingly, we deny Belton's motion for ap-
pointment of counsel and affirm the dis-
trict court's judgment. *Belton v. Sexton*,
No. 1:13–cv–00389–DCN, 2013 WL
1624493 (D.S.C. filed Apr. 15, 2013; en-
tered Apr. 16, 2013). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED.*